## BONNIFIELD *v.* PRICE.

APPEAL—PRACTICE.—If an error is committed by the supreme court of the territory, the party believing he has sustained injury thereby has, of course, his right to appeal to the supreme court of the United States; but for an alleged error in judgment of the court a party cannot have a former decision of the court reversed on a mere motion.

IDEM.—A motion to vacate a former decision will not be granted if it is founded upon some question which was raised or could have been raised on the argument of the cause.

MOTION to vacate order reversing judgment of District Court in and for Laramie County.

This cause was argued and submitted at the March term, A. D. 1875, of this court. During the same term an opinion herein was filed and an order entered reversing the judgment of the district court. A motion is now made by the appellees to vacate such judgment or order for the reason of certain errors of judgment alleged to have been committed by this court in arriving at such decision.

*E. P. Johnson,* for plaintiff.

*D. M. McLaughlin,* for defendant.

By the Court, THOMAS, J.: There is no question brought up by this motion but what was raised or could have been raised upon the argument of the appeal in the first instance before the supreme court. For if this court passed upon the issues in the cause, as alleged on this motion, raised by the amended petition herein it must either have considered the whole matter fully as connected with such amendment, or else the counsel for the defendants and appellees failed to raise the question upon the argument of this cause of the right of the district court to allow the amendment of the petition at the time stated in these motion papers.

Therefore, if in the first place the court erred in its decision, it is clear that the only course for the appellees in this

case to pursue would be by appeal to a higher tribunal, and not by a motion, the purpose of which is to induce this court to reverse its own decisions after a final hearing, or to hear a matter in the nature of an appeal from its own judgments.

2. If, upon the argument of the appeal herein before the supreme court, the counsel for the appellees failed to raise the question of the right of the court below to grant an amendment of the petition at the time in the proceedings stated, he is certainly precluded by the rules of practice from raising the question or other questions affected thereby after the case has been submitted on argument, or in the manner now attempted by him.

The motion is overruled.